UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODIS SMITH | CIVIL ACTION |
| VERSUS | NO: 07-8032 |
| JEFFERY TRAVIS | SECTION: R |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Smith's habeas petition be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this <u>7th</u> day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE